IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KEVIN L. BALLARD, | 4:20CV3046 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TAGGERT BOYD, et al., | |
| Defendants. | |

IT IS ORDERED that Plaintiff's motion for leave to amend (Filing No. 7) is denied without prejudice. Plaintiff has been granted leave to amend on the court's own motion in the Memorandum and Order filed on June 17, 2020 (Filing No. 9).[1]

Dated this 18th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] To be clear, the court's Memorandum and Order does not prevent Plaintiff from naming additional persons as defendants in their individual capacities, either with respect to his excessive-force claim or his inadequate-medical-care claim, but he will need to allege facts establishing a plausible basis for their liability.