IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN L. BALLARD,<br><br>Plaintiff,<br><br>vs.<br><br>TAGGERT BOYD, in his individual capacity; CORPRAL THURMAN, in his individual capacity; and DR. DANAHER, in his individual capacity;<br><br>Defendants. | 4:20CV3046<br><br>**ORDER** |

IT IS ORDERED:

1. Plaintiff's motion for extension of time (Filing 12) is granted, and, accordingly, Plaintiff shall have until August 17, 2020, to file an amended complaint.

2. The clerk of the court is directed to reset the pro se case management deadline using the following text: **August 17, 2020**: check for amended complaint.

Dated this 9th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge