IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN L. BALLARD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TAGGART BOYD, et al.,<br><br>　　　　　Defendants. | 4:20CV3046<br><br><br>**MEMORANDUM<br>AND ORDER** |

　　This matter is before the court on Defendants' Motion to Seal Exhibits (Filing 46). Defendants ask this court to enter an order pursuant to NECivR 7.5(a) sealing what will be marked and offered as Exhibit 10 of the Index of Evidence in support of Defendants' Motion for Summary Judgment because the material contains confidential and sensitive information. Upon consideration,

　　IT IS ORDERED that Defendants' Motion to Seal Exhibits (Filing 46) is granted.

　　Dated this 20th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge