IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KEVIN L. BALLARD, | 4:20CV3046 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TAGGART BOYD, COUNSELOR THURMAN; and DR. DANAHER, | |
| Defendants. | |

IT IS ORDERED that Defendants' motion to substitute counsel (Filing 53) is granted. The Clerk of the Court is directed to show on the docket sheet that Jennifer Huxoll has entered her appearance, and Charles E. Chamberlin, has withdrawn his appearance, as counsel of record for Defendants in this matter.

Dated this 4th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge